UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                 Case No: 6:23-cr-85-GAP-EJK

NABIL DAJANI,

      Defendant.
_____/

**ORDER**

This cause is before the Court on the Government's Response in Opposition to Dajani's Motion for a Sentence Reduction ("Response," Doc. 53). Upon consideration, it is **ORDERED** that, within twenty-one days from the date of this Order, Petitioner may file a Reply to the Response if he chooses. The Court will not address new grounds raised in the Reply. *Oliveiri v. United States*, 717 F. App'x 966, 967 (11th Cir. 2018) (citing *United States v. Evans*, 473 F.3d 1115, 1120 (11th Cir. 2006) ("[A]rguments raised for the first time in a reply brief are not properly before a reviewing court.")). The Reply shall not exceed fifteen pages without leave of Court. Upon expiration of this time, the Motion for Modification of Term of Imprisonment (Doc. 46), the Response, and the Reply (if filed) will be taken under advisement by the Court, and an order will be entered without further notice.

**DONE** and **ORDERED** in Orlando, Florida on November 4, 2024.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Nabil Dajani