UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NABIL DAJANI,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

Case No.: 6:23cr-85-GAP-EJK

## REPLY TO GOVERNMENT'S OPPOSITION TO PETITIONER'S 18 U.S.C. § 3582(c)(2) AND AMENDMENT 821

Petitioner states to this Court he is indeed eligible for a two-level reduction under Amendment 821, section 4C1.1 as he had zero criminal history points and did not receive a § 3B1.1 aggravating role adjudgement. The judge at sentencing, dismissed the leadership role.

Petitioner, restates his request for a two-level sentencing reduction.

_____
DATE   11/26/24

RESPECTFULLY SUBMITTED,

_____
Nabil Dajani, Pro se
FCC - Coleman Low
PO BOX 1031
Coleman, Fl 33521-1031
Reg. No.: 60446-510

## CERTIFICATE OF SERVICE

I certify a copy has been mailed to Jillian M. Jewell, AUSA, 400 N. Tampa St., Suite 3200, Tampa, Fl 33602

_____
Nabil Dajani, Pro se
Reg. No.: 60446-510

-1-

NABIL DAJANI
# 60446-510
FCI COLEMAN LOW
P.O. BOX 1031
COLEMAN, FL 33521

TAMPA FL 335
SAINT PETERSBURG FL
29 NOV 2024 PM 5  L

OFFICE OF THE CLERK
U.S. COURT HOUSE
401 W. CENTRAL BLVD
SUITE 1200
ORLANDO FL 32801-1620

32801-012000

